January 20th 2015

Honorable Keith Hottle
Clerk. 4th Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa Street. Rm. 3200
San Antonio. Texas 78205-3037

Re: State of Texas v. Jessie Gutierrez; Trial Court No. 2008CR6341
Court of Appeals No. 40-12-00349-CR

Dear Mr. Hottle.

I would like to know if it would be possible for me to purchase thru your Office the Clerk's Record and the Reporter's Record in the above Styled and Numbered Cause. I have been made aware that this might be possible.

Further. I would like to know why I did not receive from this Honorable Court the Mandate in the above Styled and Numbered Cause. I have received no acknowledgement that my Petition For Descetionary Review was received. sent to the Court of Criminal Appeals. or that it has been ruled upon.

Mr. Hottle if you could let me know about the purchasing of the Appellate Record of the case. and when. "IF" my PDR has been ruled on. I would like to know about the Mandate as well. I would really appreciate it if you could help me with these matters.

Thank you for your time and assistance in this matter.


Sincerely.

*Jessie Gutierrez*


Jessie Gutierrez. TDCJ-CID #1791007
William G. McConnell Unit
3001 South Emily Drive
Beeville. Texas 78102

Jesse Gutierrez
TDCJ-CID #1791007
William G. McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN 22 PM 1:11

Keith E. Hottle
KEITH E. HOTTLE, CLERK

Honorable Keith Hottle, Clerk
Fourth Court of Appeals
Cadena - Reeves Justice Center
300 Dolorosa Street, Room 3200
San Antonio, Texas

78205-3037